**EXHIBIT H**

| Client | Prinicipal | PACA | Non-PACA | Interest[1] | PACA Interest | Non-PACA Interest | PACA Daily Interest | Non-PACA Daily Int. | Fees[1] | Total PACA | Total Non-PACA | Aggregate Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Produce Alliance | $60,927.67 | $42,726.58 | $18,201.09 | $5,480.66 | $3,837.72 | $1,642.94 | $10.51 | $4.50 | $11,446.35 | $58,010.65 | $19,844.03 | $77,854.68 |
| Baldor Specialty | $106,578.82 | $51,669.20 | $54,909.62 | $9,496.87 | $4,656.73 | $4,840.14 | $25.76 | $27.47 | $20,022.74 | $76,348.67 | $59,749.76 | $136,098.43 |
| Baldor DC | $61,966.00 | $20,102.00 | $41,864.00 | $6,193.42 | $2,004.72 | $4,188.70 | $10.65 | $21.46 | $11,641.42 | $33,748.14 | $46,052.70 | $79,800.84 |
|  | $229,472.49 | $114,497.78 | $114,974.71 | $21,170.95 | $10,499.17 | $10,671.78 | $46.92 | $53.43 | $43,110.51 | $168,107.46 | $125,646.49 | $293,753.95 |

1: Through November 11, 2022