```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BALDOR SPECIAL FOODS, INC., BALDOR DC,   :
LLC, and PRODUCE ALLIANCE, LLC,          :
                                         :
                           Plaintiffs,   :    22cv5197 (DLC)
            -v-                          :
                                         :       ORDER
BH 148-18 134th ST LLC, et al.,          :
                                         :
                           Defendants.   :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiffs having requested a default judgment against defendants BH 148-18 134th ST LLC, BH 550 C ST SW LLC, B Hospitality Trust, and David M. Klauder on November 11, 2022 it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendants in default on or before **December 9, 2022** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held at Courtroom 18B, 500 Pearl Street on **January 13, 2023** at **2:30 pm**. Failure of a defendant to appear will result in entry of a default or a default judgment against that defendant.

Dated:   New York, New York
         November 14, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge