```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BALDOR SPECIAL FOODS, INC., BALDOR DC,   :    22cv5197 (DLC)
LLC, and PRODUCE ALLIANCE, LLC,          :
                                         :         ORDER
                         Plaintiffs,     :
             -v-                         :
                                         :
BH 148-18 134th ST LLC, et al.,          :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 19, 2022, plaintiffs moved to compel defendants Premtim Gjonbalic and Darren Wan to serve responses to plaintiffs' combined discovery requests to defendants. It is hereby

ORDERED that a telephonic conference will be held on **December 21, 2022** at **3:30 P.M.** The parties shall use the following dial-in credentials for the telephone conference.

>     Dial-in: 888-363-4749
>     Access code: 4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         December 19, 2022

                                  _____
                                          DENISE COTE
                                  United States District Judge