```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
BALDOR SPECIAL FOODS, INC., BALDOR DC,     :    22cv5197 (DLC)
LLC, and PRODUCE ALLIANCE, LLC,            :
                                           :         ORDER
                              Plaintiffs,  :
                  -v-                      :
                                           :
BH 148-18 134th ST LLC, et al.,            :
                                           :
                              Defendants.  :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On December 21, 2022, a conference was held regarding plaintiffs' motion to compel defendants Premtim Gjonbalic and Darren Wan ("Defendants") to serve responses to plaintiffs' combined discovery requests to defendants. It is hereby

ORDERED that counsel shall meet and confer regarding the Defendants' untimely responses to the plaintiffs' requests for admission ("Requests").

IT IS FURTHER ORDERED that in the event that the parties do not reach an agreement, the Defendants shall file a letter by **January 6, 2023** as to whether their untimely response to the Requests deems the matters in the Requests admitted pursuant to

Rule 36(a)(3), Fed. R. Civ. P.  The plaintiffs shall file a response by **January 12, 2023**.

Dated:     New York, New York
           December 21, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge