```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
BALDOR SPECIAL FOODS, INC., BALDOR DC,    :    22cv5197 (DLC)
LLC, and PRODUCE ALLIANCE, LLC,           :
                                          :         ORDER
                       Plaintiffs,        :
            -v-                           :
                                          :
BH 148-18 134th ST LLC, et al.,           :
                                          :
                       Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the telephonic January 13, 2023 default judgement hearing is rescheduled to **January 31, 2023** at **2:00 pm**. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access Code:   4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          January 10, 2023

                                            _____
                                              DENISE COTE
                                      United States District Judge