UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
BALDOR SPECIAL FOODS, INC., BALDOR DC,  :        22cv5197 (DLC)
LLC, and PRODUCE ALLIANCE, LLC,         :
                                        :            ORDER
                         Plaintiffs,    :
             -v-                        :
                                        :
BH 148-18 134th ST LLC, et al.,         :
                                        :
                         Defendants.    :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

On January 31, 2023, a telephonic conference was held regarding plaintiffs' motion for default judgment as to defendants BH 148-18 134th ST LLC ("BH 148") and BH 550 C ST SW LLC ("BH 550"). The defendants BH 148 and BH 550, having been served and having failed to appear, it is hereby

ORDERED that a default is entered as to the defendants BH 148 and BH 550.

IT IS FURTHER ORDERED that the plaintiffs shall serve defendants BH 148 and BH 550 with a copy of this Order by February 7, 2023.

Dated:    New York, New York
          January 31, 2023

                                        _____
                                            DENISE COTE
                                  United States District Judge