UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BALDOR SPECIAL FOODS, INC., BALDOR DC,    :    22cv5197 (DLC)
LLC, and PRODUCE ALLIANCE, LLC,           :
                                         :       ORDER OF
                          Plaintiffs,     :    DISCONTINUANCE
            -v-                           :
                                         :
BH 148-18 134th ST LLC, et al.,           :
                                         :
                          Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that the claims against Premtim Gjonbalic and Darren Wan (the "Individual Defendants") in the above-captioned case have been settled, it is hereby

ORDERED that the claims against the Individual Defendants are dismissed without costs to any party and without prejudice to restoring the claims if an application to restore the claims is made by **May 5, 2023**. If no such application is made by that date, today's dismissal of the claims is with prejudice.

Dated:   New York, New York
         March 6, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge