```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
BALDOR SPECIAL FOODS, INC., BALDOR DC, :    22cv5197 (DLC)
LLC, and PRODUCE ALLIANCE, LLC,        :
                                       :         ORDER
                           Plaintiffs, :
                -v-                    :
                                       :
BH 148-18 134th ST LLC, et al.,        :
                                       :
                           Defendants. :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that, by August 18, 2023, the plaintiffs shall submit a letter regarding the status of this litigation.

Dated:   New York, New York
         August 1, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge